UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| | * | CIVIL ACTION |
| STRIKE ZONE CHARTERS, L.L.C. | * | NO.: |
| | * | |
| V. | * | JUDGE: |
| | * | |
| A N S ENGINES, L.L.C. | * | MAGISTRATE: |
| | * | |

## PETITION FOR DAMAGES

**NOW INTO COURT,** through undersigned counsel, comes Plaintiff, Strike Zone Charters L.L.C. which, upon information and belief, avers as follows:

I.

Named as Plaintiff herein is Strike Zone Charters, L.L.C. (hereinafter "Strike Zone"), a Louisiana limited liability company authorized to do and doing business in the State of Louisiana.

II.

Named as defendant herein is A N S Engines, L.L.C. (hereinafter "A N S"), a Louisiana limited liability company authorized to do and doing business in the State of Louisiana, with its registered office located in Golden Meadow, Louisiana.

1

III.

Venue is proper in this court pursuant to 28 U.S.C. § 1391.

IV.

The Court has subject matter jurisdiction over this matter pursuant to 28 U.S.C. § 1333, as the instant dispute arises out of admiralty.

V.

At all material times herein, Strike Zone owned the vessel described as: STRIKE ZONE II ("the vessel").

VI.

On or about July 5 through July 10, 2015, A N S was hired by Strike Zone to make repairs to an engine aboard the vessel.

VII.

Upon initial restart of the vessel, following repairs made by A N S, the engine ran for mere minutes before overheating and suffering a total failure.

VIII.

Due to the faulty workmanship and negligence of the repair by A N S, Strike Zone was forced to have the engine removed and repaired, causing the vessel to be inoperable for a period of more than a month as a result of A N S' faulty work, resulting in economic losses.

IX.

Strike Zone alleges that the work and/or services performed on the vessel by A N S were defective, deficient, not satisfactory, not performed in a workmanlike manner, and constituted a breach of contract and a breach of the warranty of workmanlike performance.

X.

As a result of the above-mentioned incident, Strike zone has incurred, or will incur, the following damages:

(1) The reasonable cost of repair made necessary by the negligent work of A N S;

(2) Economic losses suffered by plaintiff due to the vessel being inoperable;

(3) All court costs and litigation costs, including judicial interest, associated with prosecuting this claim; and

(4) Any other damages proven at trial.

XI.

WHEREFORE, Plaintiff, Strike Zone Charters, L.L.C., prays that defendant be served with a certified copy of this petition and be required to answer within the delays allowed by law, and that after all legal delays and due proceedings are had, that there be judgment rendered herein in favor of Plaintiff for all damages to which he may be found entitled, plus all attorneys' fees and costs of these proceedings, as well as legal interest from the date of judicial demand, and for all other general and equitable relief to which Plaintiff may be entitled, whether in law, in equity, or otherwise.

Respectfully submitted,

**REICH, ALBUM & PLUNKETT, L.L.C.**

__/s/ Robert S. Reich_____
**ROBERT S. REICH (#11163)**
3850 N. Causeway Boulevard
Two Lakeway, Suite 1000
Metairie, LA 70002
Telephone: (504) 830-3999
Facsimile: (504) 830-3950
*Attorney for Strike Zone Charters, L.L.C.*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the above and foregoing pleading has been served on all counsel of record to this proceeding, via hand delivery, facsimile transmission, or by placing same in the U.S. mail, postage prepaid and properly addressed, this 11th day of February, 2016.

__/s/ Robert S. Reich_____
**ROBERT S. REICH**

**PLEASE SERVE:**

A N S ENGINES, L.L.C.
*through its registered agent:*
Anson Toups
20875 HWY. 1
Golden Meadow, LA 70357

4